FILED

APR 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR 1121-H |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| AGUSTIN VERA-FONSECA, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about March 11, 2008, within the Southern District of California, defendant AGUSTIN VERA-FONSECA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to Customs and Border Protection Officer that his name was Jose Antonio Rocha Inzunza, whereas in truth and fact, as defendant then and there well knew that statement and representation was false,

//
//
//
//

CJB:es:San Diego
4/9/08

1 | fictitious and fraudulent when made; in violation of Title 18, United
2 | States Code, Section 1001.
3 | DATED: 4/10/08    .

KAREN P. HEWITT
United States Attorney

*[signature]*
for CARLA J. BRESSLER
Assistant U.S. Attorney

2